IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE J. SMITH,<br>　　　Plaintiff | : | CIVIL ACTION NO. 3:CV-11-883 |
| v. | : | (Judge Nealon) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　Defendant | :<br>:<br>: | (Magistrate Judge Mannion) |

## ORDER

NOW, this 12th day of September, 2012, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation (Doc. 16) is **ADOPTED**.

2. Plaintiff's appeal is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　/s/ William Nealon
　　　　　　　　　　　　　　　　　　　　United States District Judge

FILED
SCRANTON

SEP 1 2 2012

PER _____
　　　　DEPUTY CLERK