IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE J. SMITH,<br>  Plaintiff | : | CIVIL ACTION NO. 3:CV-11-883 |
| v. | : | (Judge Nealon) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>  Defendant | : | (Magistrate Judge Mannion) |

## ORDER

NOW, this 12th day of September, 2012, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation (Doc. 16) is **ADOPTED**.

2. Plaintiff's appeal is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

_/s/ William Nealon_
United States District Judge

FILED
SCRANTON

SEP 1 2 2012

PER _____
   DEPUTY CLERK